

17082-PAM-DE-040918625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 29, 2026</u>, at <u>4:59</u> o'clock <u>PM MST</u>, <u>BONNIEJEAN E BAWIEC</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>April 29, 2026</u>          By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>