# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| BonnieJean Elizabeth Bawiec, aka Bonnie Jean Elizabeth Bawiec, aka Bonnie E Bawiec, aka BonnieJean Bawiec, aka Bonnie Bawiec, aka Bonnie Kerin, aka BonnieJean E Bawiec, | Chapter 7 |
| | Case No. 5:26–bk–01213–MJC |

**Debtor 1**

Social Security No.:

xxx–xx–6484

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 12, 2026

**fnldecac** (05/18)