United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01213-MJC
BonnieJean Elizabeth Bawiec Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: 318 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5799732 | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5799736 | Geisinger, PO Box 789276, Philadelphia, PA 19178-9276 |
| 5799747 | Trans Med Ambulance Inc., 14 Marion St, Luzerne, PA 18709-1419 |
| 5799748 | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: bonkerin@gmail.com | Aug 12 2026 18:49:00 | BonnieJean Elizabeth Bawiec, 721 Campground Rd, Harding, PA 18643-7049 |
| cr | + | EDI: AISACG.COM | Aug 12 2026 22:50:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5799726 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2026 19:01:11 | Ally Credit Card/Cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 5799727 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 12 2026 18:50:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-0001 |
| 5799728 | | Email/Text: resolutions@beyondfinance.com | Aug 12 2026 18:50:00 | Beyond Finance, PO Box 660442, Dallas, TX 75266-0442 |
| 5799729 | + | EDI: CAPITALONE.COM | Aug 12 2026 22:50:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5799731 | + | EDI: CAPONEAUTO.COM | Aug 12 2026 22:50:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 5800982 | + | EDI: AISACG.COM | Aug 12 2026 22:50:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5799733 | | Email/Text: bankruptcies@crownasset.com | Aug 12 2026 18:50:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5799734 | ^ | MEBN | Aug 12 2026 18:48:04 | Dept of Ed/Aidvantage, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5799735 | ^ | MEBN | Aug 12 2026 18:47:47 | Freedom Debt Relief, PO Box 2330, Phoenix, AZ 85002-2330 |
| 5799737 | ^ | MEBN | Aug 12 2026 18:47:51 | Geisinger, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5799738 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 12 2026 18:50:00 | Goldman Sachs Bank, PO Box 7247, Philadelphia, PA 19170-0001 |

| | | | | |
|---|---|---|---|---|
| 5799739 | | Email/Text: reports@halstedfinancial.com | Aug 12 2026 18:49:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5799740 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 19:01:14 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5799741 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2026 19:01:14 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5799742 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 12 2026 19:01:13 | Mohela/Navient, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5799744 | | Email/Text: signed.order@pfwattorneys.com | Aug 12 2026 18:49:00 | Pressler, Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5799743 | ^ | MEBN | Aug 12 2026 18:48:00 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5799745 | + | Email/PDF: ProsperBKDetection@resurgent.com | Aug 12 2026 19:01:16 | Prosper Marketplace Inc, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 5799746 | + | EDI: WTRRNBANK.COM | Aug 12 2026 22:50:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 5799749 | | Email/Text: edbknotices@ecmc.org | Aug 12 2026 18:50:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5799750 | | Email/Text: bankruptcy@uscbcorporation.com | Aug 12 2026 18:49:00 | USCB Corporation, PO Box 75, Archbald, PA 18403-0075 |
| 5799751 | + | EDI: VERIZONCOMB.COM | Aug 12 2026 22:50:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5799730 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 BonnieJean Elizabeth Bawiec usbkct@bankruptcypa.com |

| | |
|---|---|
| | kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | BonnieJean Elizabeth Bawiec<br>First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | xxx–xx–6484<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01213–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

BonnieJean Elizabeth Bawiec
aka Bonnie Jean Elizabeth Bawiec, aka Bonnie E Bawiec, aka BonnieJean Bawiec, aka Bonnie Bawiec, aka Bonnie Kerin, aka BonnieJean E Bawiec

8/12/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**